# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WINCO FOODS, LLC, a Delaware limited liability company, WINCO HOLDINGS, INC., an Idaho corporation, and DOES 1-100,<br><br>Defendants. | No. 1:17-cv-01279-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 14) |

On December 7, 2017, the parties filed a joint stipulation dismissing Plaintiff Ismael Leon Sanchez's[1] individual claims with prejudice, and Plaintiff's class claims without prejudice. (Doc. 14.) In light of the parties' stipulation, Plaintiff Ismael Leon Sanchez's individual claims have been dismissed with prejudice, Plaintiff's class claims have been dismissed without prejudice, and this action has been terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 8, 2017**                                    /s/ *Sheila K. Oberto*

---

[1] Pursuant to the Second Amended Complaint (Doc. 11), Isidro Perez has been dismissed, and Mr. Sanchez is the only individually-named Plaintiff.

UNITED STATES MAGISTRATE JUDGE